UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN R. ALTHOUSE, | ) | |
| Plaintiff, | ) ) ) | |
| VS. | ) ) | CIVIL ACTION NO. |
| UNITED STATES OF AMERICA, ET AL., | ) ) ) ) | 3:22-CV-0388-G-BK |
| Defendants. | ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case.  Objections were filed.  The district court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error.  Finding no error, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

March 25, 2022.

_____
A. JOE FISH
Senior United States District Judge